IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  vs.<br><br>JULIE PAPPAS,<br><br>         Defendant. | **8:17CR349**<br><br><br>**FINAL ORDER**<br>**OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 42). The Court has reviewed the record in this case and finds as follows:

1.      On May 9, 2018, the Court entered a Preliminary Order of Forfeiture (Filing No. 39) pursuant to 21 U.S.C. §§ 846 and 853 based upon the defendant's pleading guilty to Count I and admitting the Forfeiture Allegation of the Indictment. By way of the defendant's admission and the Preliminary Order of Forfeiture, the defendant's interest in $5,985 in United States currency seized from the defendant Julie Pappas on or about October 4, 2017, was forfeited to the government.

2.      A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 11, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The government filed a Declaration of Publication in this case on July 10, 2018 (Filing No. 41).

3.     The Court's review of the file confirms the government's assertion that no Petitions have been filed.

4.     The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1.     The government's Motion for Final Order of Forfeiture (Filing No. 39) is granted.

2.     All right, title and interest in and to the seized $5,985 in United States currency held by any person or entity, other than the government, is hereby forever barred and foreclosed.

3.     The $5,985 in United States currency is forfeited to the government.

4.     The government is directed to dispose of the $5,985 in United States currency in accordance with law.

Dated this 27th day of July, 2018.


                                        BY THE COURT:



                                        Robert F. Rossiter, Jr.
                                        United States District Judge